JAMES J. NICITA, Oregon State Bar No. 024068
302 Bluff Street
Oregon City, OR  97045
p) 503-799-0725
e) james.nicita@gmail.com

*Attorney for Plaintiff / Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **JAMES J. NICITA**, a resident of Oregon<br><br>    Plaintiff,<br><br>    v.<br><br>**DANIEL W. HOLLADAY**, in his individual capacity; in his official capacity as mayor of the City of Oregon City, Oregon, a municipal corporation; and in his official capacity as a commissioner of the Urban Renewal Commission of Oregon City,<br><br>**THE CITY OF OREGON CITY**, a municipal corporation,<br><br>    and<br><br>**THE URBAN RENEWAL AGENCY**, an agency of the City of Oregon City,<br><br>    Defendants. | Case No. 3:19-cv-01960-YY<br><br>Plaintiff's Notice of Supplemental Authority |

///

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

As supplemental authority in support of his response to Defendants' motion to dismiss, Plaintiff respectfully submits the following authority issued after the Parties submitted their briefing as of June 1, 2020.

On September 1, 2020, the Ninth Circuit Court of Appeals decided *Endy v. County of Los Angeles,* 975 F.3d 757 (9th Cir. 2020). This case undermines Defendants' motion to dismiss Plaintiffs' First Amendment retaliation claim, and in particular, Defendants' reliance on their primary authority, *Mulligan v. Nichols*, 835 F.3d 983 (9th Cir. 2016). At p. 18 of their motion, Defendants cite p. 989 of *Mulligan* for the proposition that Defendant Holladay did nothing that resulted in the deprivation of Plaintiff's "rights or benefits," or that "punish[ed] Plaintiff."

*Endy* establishes that Plaintiff's reputation is a protected "right" under the U.S. Constitution. "A liberty interest may be implicated 'where a person's good name, reputation, honor, or integrity is at stake because of what the government is doing to him.'" *Id.*, at 764, citing *Wisconsin v. Constantineau*, 400 U.S. 433, 437, 91 S.Ct. 507, 27 L.Ed.2d 515 (1971).

*Endy* further establishes that reputational harm is actionable "when a plaintiff suffers stigma from governmental action plus alteration or extinguishment of 'a right or status previously recognized by state law.'" *Endy,* at 764, citing *Humphries v. County of Los Angeles*, 554 F.3d 1170, 1185 (9th Cir. 2009) (quoting *Paul v. Davis*, 424 U.S. 693, 711, 96 S.Ct. 1155, 47 L.Ed.2d 405 (1976). In Oregon, Plaintiff's right to his reputation is established in Or. Const. Art. I Sec. 10: "[E]very man shall have remedy by due course of law for injury done him in his...reputation."

Under *Endy*, Plaintiff's allegations in his First Amended Complaint (¶¶ 35, 43, 57-65)

2

that Holladay defamed him are sufficient to establish that Holladay injured Plaintiff's reputation, and thereby violated Plaintiff's reputation, in retaliation against Plaintiff's protected speech and exercise of the right to petition for redress of grievances. This states a claim for First Amendment retaliation.

Also as supplemental authority, Plaintiff attaches Clackamas County Clerk's official certification of the recall of Defendant Holladay from the office of mayor of Oregon City on November 10, 2020. The recall and circumstances surrounding the recall provide evidence in support of Plaintiff's Fifth Claim for Relief, Intentional Infliction of Emotional Distress, namely, that Holladay's pattern of abusive behavior towards citizens were acts consisted of extraordinary transgressions of the bounds of socially tolerable conduct." (First Amended Complaint, ¶ 75.) It also speaks to the "special relationship" between a mayor and citizens. (*Id.*)

DATED this 7th day of April, 2021.

Respectfully submitted,

s/ James J. Nicita_____
JAMES J. NICITA, Oregon State Bar No. 024068
302 Bluff Street
Oregon City, OR  97045
p) 503-799-0725
e) james.nicita@gmail.com

*Attorney for Plaintiff / Plaintiff Pro Se*



**Office of the City Recorder**

625 Center Street  | Oregon City OR 97045
Ph (503) 657-0891 | Fax (503) 657-7026

October 6, 2020

*Delivered via email on October 6, 2020*

Andrew Jones
Clackamas County Elections
1710 Red Soils Court, Ste. 100
Oregon City, OR 97045

Re:   City of Oregon City Calling for a Special Recall Election on November 10, 2020

Dear Andrew:

The City of Oregon City would like to submit the enclosed materials certifying the Recall process has been followed and the required 2,400 valid Oregon City elector signatures have been collected and verified. The elected official was provided five (5) days after the petition qualified to the ballot to resign in writing or file the SEL 352 Statement of Justification. The elected official did file the SEL 352 Statement of Justification on October 6, 2020 at 3:37 p.m.

Now the City is calling for a Special Recall Election on November 10, 2020 and on the ballot will be the following question:

Do you vote to recall Dan Holladay from the office of Mayor?

Enclosed you will find copies of the following:
- SEL 353 Cover Sheet filed from the Chief Petitioner
- Letters to both the Chief Petitioner and the Elected Official certifying the Recall Petition
- SEL 352 Statement of Justification from the Elected Official

If you have any questions on these matters, please do not hesitate to contact me at 503-496-1505.

Sincerely,

Redacted

Kattie Riggs
City Recorder – City of Oregon City
Election Official

**Cumulative Results Report**

Official Ballots

Run Time 4:04 PM
Run Date 11/30/2020

Clackamas County

Oregon City: Recall Election

11/10/2020
Page 1

**Official Results**

Registered Voters
13611 of 26259 = 51.83%

Precincts Reporting
7 of 7 = 100.00%

### City of Oregon City: Recall 2020-01

| Choice | Party | Vote-by-Mail | | Total | |
|---|---|---|---|---|---|
| Yes | | 9,253 | 68.04% | 9,253 | 68.04% |
| No | | 4,347 | 31.96% | 4,347 | 31.96% |
| | Cast Votes: | 13,600 | 100.00% | 13,600 | 100.00% |
| | Undervotes: | 10 | | 10 | |
| | Overvotes: | 1 | | 1 | |

*** End of report ***



**CERTIFIED COPY OF THE ORIGINAL**
SHERRY HALL, COUNTY CLERK

BY: *[signature: Sherry Hall]*

## CERTIFICATE OF FILING AND SERVICE

I certify that on April 7, 2021, I filed the foregoing *Notice of Supplemental Authority* with the U.S. District Court of Oregon via the Court's electronic filing system, and served Defendants Daniel W. Holladay, City of Oregon City, and Oregon City Urban Renewal Agency by E-File to the their following counsel:

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jeffery W. Hansen, OSB No. 923290
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 415
Portland, OR   97204
503-223-3000

DATED April 7, 2021

s/ James J. Nicita
James J. Nicita
OSB No. 024068
302 Bluff Street
Oregon City, OR   97045
(503) 650-2496
james.nicita@gmail.com